IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:18-CV-0740-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. JUST, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions for an order directing service by the United States Marshal (Docs. 7 and 8) and motion for an order permitting him to pay the filing fees.

A review of the docket reflects that plaintiff has paid the filing fees for this action in full. Therefore, plaintiff's motion for an order permitting him to pay the filing fees is denied as moot.

/ / /

/ / /

/ / /

1

Plaintiff seeks orders directing service of his complaint by the United States Marshal. Because plaintiff has not sought and been granted in forma pauperis status, there is no basis to direct service of process without payment of costs thereof by the United States Marshal. Plaintiff is advised that, if the court determined the complaint is appropriate for service, he will be responsible for effecting service of process. The United States Marshal is unavailable in this regard to inmates who are not proceeding in forma pauperis.

The sufficiency of plaintiff's complaint will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (Docs. 6, 7, and 8) are denied.

DATED: August 29, 2018

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE