# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>D. JUST, et al.,<br><br>    Defendants. | No. 2:18-CV-0740-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's fifth request for an order directing service of process by the United States Marshal (Doc. 17).

        As explained in the court's prior orders (Docs. 9, 12, and 16), the court cannot direct service by the United States Marshal because plaintiff has neither sought nor been granted in forma pauperis status, which would permit service of process by the United States Marshal without payments of the costs therefor.[1] For this reason, plaintiff's renewed request for service by the United States Marshal will be denied and plaintiff is required to effect service of process. Plaintiff is cautioned that failure to effect service of process within the time provided in the court's November 2, 2018, order may result in dismissal of the entire action. See Local Rule 110.

---

[1] Rather than seeking leave to proceed in forma pauperis, plaintiff paid the filing fees in full on July 2, 2018.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's fifth request for service of process by the United States Marshal (Doc. 17) is denied.

Dated: December 6, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE