# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:18-CV-0740-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. JUST, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 19) for referral for this matter for a court-ordered settlement conference and stay of proceedings. Defendants have responded, indicating they do not feel settlement negotiations would be fruitful at this stage of the proceedings. See Doc. 25. Accordingly, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE