IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. JUST, et al.,<br><br>    Defendants. | No. 2:18-CV-0740-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request (ECF No. 36) for issuance of a subpoena. Good cause appearing therefor, plaintiff's request is granted. The Clerk of the Court is directed to issue and send plaintiff a blank subpoena form. The court sua sponte extends the discovery cut-off date of July 1, 2019, by 15 days to allow plaintiff time to prepare and serve the subpoena.[1]

IT IS SO ORDERED.

Dated: June 20, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is reminded that he may not request service by the United States Marshal because he has not been granted in forma pauperis status.

1