# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. JUST, et al.,<br><br>    Defendants. | No. 2:18-CV-0740-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (ECF No. 39).

        Plaintiff's motion for an extension of time is contained as part of his motion seeking injunctive relief in the form of on order permitting phone access.[1] Plaintiff seeks an additional "30 days to make arrangements to serve subpoena. . . ." ECF No. 39, pg. 3. The subpoena at issue was addressed in the court's June 20, 2019, order. See ECF No. 37. In that order, the court sua sponte extended the July 1, 2019, discovery cut-off date by 15 days to allow plaintiff additional time to serve his subpoena. See id. Plaintiff now seeks an additional extension of time to complete service of his subpoena, having allegedly experienced difficulties

---

[1] Plaintiff's request for injunctive relief will be addressed separately.

1

with phone access prevented him from timely serving his subpoena by the extended cut-off date. For this reason, plaintiff will be granted a single additional extension of 30 days to complete service of his subpoena.

Also before the court is plaintiff's motion to compel discovery (ECF No. 40). That motion will be addressed upon the completion of briefing.

Accordingly, IT IS HERREBY ORDERED that plaintiff's request for an extension of time (ECF No. 39) is denied.

Dated: August 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE