# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. JUST, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-0740-MCE-DMC-P<br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 61) to compel further responses to discovery requests. The current motion is a renewal of an earlier motion to compel filed on July 29, 2019, and denied on September 10, 2019.

　　　　As with the prior motion, the current motion is procedurally defective because plaintiff failed to meet and confer as required by Federal Rule of Civil Procedure 37(a)(1). As defendants note in their opposition, plaintiff's motion does not contain any certification or declaration indicating that plaintiff at least attempted to meet and confer with defendants' counsel prior to filing the instant motion to compel.

/ / /

/ / /

/ / /

1

Additionally, plaintiff's current motion to compel is untimely. Pursuant to the court's February 15, 2019, scheduling order, the parties were permitted to conduct discovery through July 1, 2019, and any motions to compel discovery were due within 60 days of the discovery cut-off date. On June 20, 2019, the court extended the discovery cut-off date by 15 days. Thus, any motions to compel were due in September 2019.[1] Plaintiff's renewed motion to compel, filed on November 1, 2019, is untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 61) is denied as untimely and procedurally defective.

Dated: November 22, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] While the court has granted extensions of time to conduct discovery relating to subpoenas issued by plaintiff, the court has not otherwise further extended the discovery cut-off date for discovery, such as the discovery currently at issue, that is <u>not</u> related to subpoenas.