# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:18-CV-0740-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. JUST, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the Court is Plaintiff's motion, ECF No. 99, for an extension of time to file objections to the Court's November 29, 2021, findings and recommendations. Good cause appearing therefore, Plaintiff's motion will be granted. Plaintiff's objections, ECF No. 100, filed on December 17, 2021, will be deemed timely.

On November 29, 2021, the Court issued findings and recommendations that this action be dismissed for lack of prosecution for failure to file a pre-trial statement. See ECF No. 98. In his objections filed on December 17, 2021, Plaintiff contends that he was not able to file his pre-trial statement due to alleged wrongdoing on the part of prison officials related to his legal mail. See ECF No. 100. Defendant responds, asserting that prison records reflect Plaintiff has been able to freely file legal documents in his various pending cases. See ECF No. 102.

1  Defendant also notes that, to date, Plaintiff has still not filed his pre-trial statement.  See id.

2  The Court expresses no opinion with respect to Plaintiff's allegation of misconduct
3  regarding his legal mail.  In the interest of justice, the Court will, however, provide Plaintiff one
4  final opportunity to file his pre-trial statement as originally directed on July 26, 2021.  In doing
5  so, the Court notes that, on January 18, 2022, Plaintiff filed an unrelated motion for an extension
6  of time on the basis of a prison-wide COVID-19 lock-down.  See ECF No. 104.  Moreover, the
7  docket reflects that Plaintiff's address changes between the dates of the Court's order directing
8  Plaintiff file a pre-trial statement and issuance of the findings and recommendations that the
9  action be dismissed for failure to comply with that order.  See ECF No. 97 (Notice of Change of
10  Address).  Accordingly, the November 29, 2021, findings and recommendations will be vacated
11  and Plaintiff will be granted additional time to file a pre-trial statement consistent with the July
12  26, 2021, order.

13  As indicated above, Plaintiff filed a motion for an extension of time unrelated to
14  the foregoing.  In this motion, Plaintiff notifies the Court and Defendant that his institution is
15  under a prison-wide lock-down due to COVID-19.  Plaintiff does not seek an extension of any
16  particular deadline and, indeed, none was outstanding as of the date Plaintiff filed his motion.  For
17  this reason, Plaintiff's motion for an extension of time will be denied as unnecessary.

18  Accordingly, IT IS HEREBY ORDERED that:

19  1. Plaintiff's motion for an extension of time, ECF No. 99, is granted;

20  2. Plaintiff's objections, ECF No. 100, filed on December 17, 2021, are
21  deemed timely;

22  3. The findings and recommendations, ECF No. 98, issued on November 29,
23  2021, are vacated;

24  4. Plaintiff shall file his pre-trial statement consistent with the Court's July
25  26, 2021, order within 60 days of the date of this order;

26  5. Defendant's pre-trial statement shall be filed within 30 days of the date of
27  filing of Plaintiff's pre-trial statement;

28  / / /

1         6.      Plaintiff's motion for an extension of time, ECF No. 104, is denied as unnecessary.

Dated:  January 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE