# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILILLIAMS, | No. 2:18-CV-0740-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. JUST, et al., | |
| Defendants. | |

Plaintiff's Motion for Reconsideration (ECF No. 101) is DENIED.

IT IS SO ORDERED.

Dated: February 16, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1