IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. JUST,<br><br>　　　　Defendant. | No. 2:18-CV-0740-MCE-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's requests, ECF Nos. 108 and 110, for a ruling on his motion for reconsideration at ECF No. 101. A review of the docket reflects that the District Judge denied Plaintiff's motion for reconsideration on February 16, 2022. Plaintiff's requests are, therefore, denied as unnecessary.

　　　　IT IS SO ORDERED.

Dated: March 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE