IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | Case No. 2:18-cv-00740-MCE DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D. JUST, et al.,** | |
| Defendant. | |

Good cause appearing based on defense counsel's declaration indicating the need for additional time due to pre-planned vacation, Defendants' motion for an extension of time to file a pretrial statement is granted.

Defendants shall file their pretrial statement on or before July 20, 2022.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:18-cv-00740-MCE DMC (PC))