UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Williams, | No. 2:18-cv-00740-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| D. Just, et al., | |
| Defendants. | |

In a previous order, this court appointed Nathan Mubasher from the court's pro bono panel of attorneys to represent plaintiff Lance Williams at a settlement conference. ECF No. 121. The settlement conference has now been completed, and the case did not settle. *See* Mins., ECF No. 126. As provided in the court's previous order, Mr. Mubasher's representation terminated automatically following the completion of the settlement conference. Plaintiff Williams is now proceeding pro se.

A final pretrial conference is **set for May 17, 2024 at 10:00 a.m.** before the undersigned in Courtroom 3 on the 15th Floor of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814. The parties shall meet and confer and file a joint pretrial statement no later than **three weeks prior to the final pretrial conference**.

The provisions of Local Rule 281 shall apply with respect to the matters to be included in the joint pretrial statement. Plaintiff himself, if still pro se, and at least one of the attorneys who

1

will conduct the trial for any represented party shall attend the final pretrial conference. All motions in limine must be filed in conjunction with the joint pretrial statement. In most cases, motions in limine are addressed and resolved on the morning of the first day of trial. The parties may alert the court at the final pretrial conference and in their final joint pretrial statement that a particular motion or motions should be resolved earlier. At the final pretrial conference, the court will set a briefing and hearing schedule on the motions in limine as necessary. The parties are reminded that a motion in limine is a pretrial procedural device designed to address the admissibility of evidence. The court looks with disfavor upon dispositional motions presented at the final pretrial conference or at trial in the guise of motions in limine.

IT IS SO ORDERED.

DATED: March 20, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE