UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Williams,<br><br>             Plaintiff,<br><br>      v.<br><br>D. Just,<br><br>             Defendant. | No. 2:18-cv-00740-KJM-DMC<br><br>ORDER |

The final pretrial conference for this case was set for Friday, May 17, 2024 at 10:00 AM before the undersigned. The court denied pro se plaintiff Lance Williams's request to appear remotely. *See* Remote Req., ECF No. 129; Order (Apr. 24, 2024), ECF No. 130. Accordingly, Williams and trial counsel for the defense were required to attend the final pretrial conference in person. *See id.* at 3. Jeremy Duggan appeared for defendant D. Just. *See* Hr'g Mins., ECF No. 134. However, Williams did not appear at the final pretrial conference. Accordingly, the court orders Williams to show cause within 14 days of the date of this order why this case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1