UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Williams,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. Just,<br><br>　　　　　　Defendant. | No. 2:18-cv-00740-KJM-DMC<br><br>ORDER |

　　　　Plaintiff Lance Williams filed this civil rights action on April 3, 2018. *See* Compl., ECF No. 1. On May 30, 2024 the court issued an order requiring Mr. Williams to show cause within 14 days why this case should not be dismissed for lack of prosecution. *See* Order, ECF No. 135. As of August 1, 2024, Mr. Williams has not responded to the court's order. Given this, the court now considers whether to dismiss this case for plaintiff's failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

　　　　In deciding to dismiss a case for failure to comply with a court order, the court considers five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage the docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (citation omitted); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (same standard for dismissal based on failure to prosecute).

The court has considered the factors and finds they weigh in favor of dismissal.  First, plaintiff's failure to respond to this court's order to show cause indicates plaintiff has abandoned this case and the court cannot wait indefinitely for plaintiff to respond.  Second, plaintiff's lack of prosecution has delayed resolution of this case and the court should not have to continue to expend scarce judicial resources on an abandoned case.  Finally, less drastic alternatives are not available, and plaintiff has been given ample opportunity to comply with this court's order to show cause why this case should not be dismissed for lack of prosecution.

In sum, given plaintiff's abandonment of this case and lack of response to the court's order, the court finds dismissal is proper.  This action is **dismissed** for failure to prosecute and failure to comply with the court's order.  The Clerk of Court is directed to **close** this case.

IT IS SO ORDERED.

DATED: August 1, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE